IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEDRIC JAMAR DEAN, AIS # 197053, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACT. NO. 1:17cv756-ECM |
| MICHAEL CHADWICK, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On September 21, 2018, the Magistrate Judge entered a Recommendation (doc. # 43) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' motion for summary judgment is GRANTED.

3. The plaintiff's illegal search, false arrest and malicious prosecution claims are DISMISSED without prejudice as the claims are not properly before the Court in this action.

4. The plaintiff's claim for criminal prosecution of the defendants is DISMISSED with prejudice.

5. Judgment is GRANTED in favor of the defendants.

6. This case is DISMISSED with prejudice.

7. Costs of this proceeding are taxed against the plaintiff.

A separate final judgment will be entered in accordance with this order.

Done this 10th day of October, 2018.

          /s/Emily C. Marks
          EMILY C. MARKS
          UNITED STATES DISTRICT JUDGE